Joseph MAHER, Appellant, v. UNITED STATES of America.

Marie OGDEN, Appellant, v. UNITED STATES of America.

Don DePASCO (Alias Don Pasqualino), Appellant, v. UNITED STATES of America.

Nos. 10976–10978.

Circuit Court of Appeals, Eighth Circuit.

July 11, 1938.

996

Thomas C. Swanson and James Daleo, both of Kansas City, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Randall Wilson and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeals dismissed and cases remanded to District Court with power in its discretion to permit appellants, or any of them, to change their pleas, etc., and to resentence them, on motions of appellants.